UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : |
| --- | --- |
| vs. | : CRIMINAL NO. 3:03CR132(RNC) |
| EDUARDO SARDINAS | : |

ORDER

WHEREAS a motion has been made based upon the United States Marshals Transportation Expenses Act, Title 18 U.S.C. § 4285, for payment of transportation expenses necessary for the defendant, who is partially paralyzed, to travel by wheelchair car from Meriden, Connecticut to appear in the United States District Court for the District of Connecticut in Hartford on June 10, 2005, at 1:00 p.m.; and

WHEREAS this Court has previously found that Mr. Sardinas is indigent within the meaning of the Criminal Justice Act, 18 U.S.C. § 3006A(a) and further finds that Mr. Sardinas lacks the funds necessary to pay for the transportation in question; it is hereby

ORDERED that the United States Marshal shall pay for Hunters Ambulance Service of Meriden, Connecticut, to bring him by wheelchair car on June 10, 2005, at a roundtrip cost of $387.60.

Dated at Hartford this 12 day of May, 2005.

Robert N. Chatigny
United States District Judge